```
                                                    F I L E D
                                                       Clerk
                                                   District Court

    IN THE UNITED STATES DISTRICT COURT FOR THE    MAR 3 0 2006

              NORTHERN MARIANA ISLANDS
                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| RESPONDENT, ) | |
| ) | DISTRICT CASE NO:CR-04-0002-002; |
| -VS- ) | APPELLATE CASE NO:06-0004 |
| ) | |
| ANDREW K. QUIAMBAO, ) | THE DEFENDANT'S NOTICE OF APPEAL |
| DEFENDANT. ) | AND HIS REQUEST TO PROCEED ON |
| ) | APPEAL IN FORMA PAUPERIUS |

**COMES NOW,** Andrew k. Quiambao,  , The Defendant/Petitioner, in **PRO SE**, and hereby respectfully submit his notice of appeal from the District Court's denial of his motion under § 2255, and his request of this Honorable Court to permit him to proceed ob appeal in forma pauperius. The Defendant swears under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that he provided an exact copy of this motion to the opposing party, e;g, the assistant United States Attorney for this judicial district.

**DATED: MARCH 15TH, 2006.**

Respectfully submitted,

Andrew K. Quiambao #02426-093
F.C.I. Lompoc Low-K-Unit
3600 Guard Road
Lompoc, California-93436.

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF U.S. OF AMERICA vs. A.K. QUIAMBAO

FOR THE U.S. DISTRICT COURT IN THE NORTHERN MARIANA ISLANDS
AT SAIPAN, MP-96950

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): ANDREW K. QUIAMBAO

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☒ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☒ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other (Specify) APPEAL

DOCKET NUMBERS
CIVIL CASE NO: CV-06-0004
District Court: CR-04-0002-002
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
CONSPIRACY TO COMMIT ARSON IN VIOLATION OF TITLE 18 U.S.C. SECTION 844(n).

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: N/A
IF YES, how much do you earn per month? $ N/A
IF NO, give month and year of last employment. How much did you earn per month $ N/A
If married is your Spouse employed? N/A ☐ Yes N/A ☐ No
IF YES, how much does your Spouse earn per month $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ N/A

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | 000.00 | N/A |
| | 000.00 | N/A |
| | 000.00 | N/A |

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ N/A

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE VALUE AND DESCRIBE IT | 000.00 | N/A |
| | 000.00 | N/A |
| | 000.00 | N/A |
| | 000.00 | N/A |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
No. of Dependents: 
List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| N/A | N/A | $ 000.00 | $ 000.00 |
| " | " | $ " | $ " |
| " | " | $ " | $ " |
| " | " | $ " | $ " |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]    3/21/2006

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 02426093 | Current Institution: | Lompoc FCI |
| Inmate Name: | QUIAMBAO, ANDREW | Housing Unit: | B |
| Report Date: | 03/22/2006 | Living Quarters: | K03-009U |
| Report Time: | 11:30:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8949 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 7/13/2004 |
| Local Account Activation Date: | 7/14/2004 4:12:30 AM |
| Sort Codes: | |
| Last Account Update: | 3/21/2006 6:30:36 PM |
| Account Status: | Active |
| Phone Balance: | $2.13 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $35.10 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $35.10 |
| National 6 Months Deposits: | $564.77 |
| National 6 Months Withdrawals: | $547.72 |
| National 6 Months Avg Daily Balance: | $26.48 |
| Local Max. Balance - Prev. 30 Days: | $52.10 |
| Average Balance - Prev. 30 Days: | $25.88 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 8/17/2005 6:30:36 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**