1  QUIAMBAO_A.stpwrit

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorneys for United States of America

8

FILED
Clerk
District Court

JUN - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

9           IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 04-00002
                                     )
13            Plaintiff,             )
                                     )
14       vs.                         )   **WRIT OF CONTINUING**
                                     )   **GARNISHMENT**
15  ANDREW K. QUIAMBAO,              )
                                     )
16            Defendant,             )
    _____)
17  JAC ENTERPRISES, LLC             )
    dba SOUTHERN SKIES CHURROS,      )
18                                   )
                                     )
19            Garnishee.             )
    _____)
20

21

22       Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing

23  Garnishment on Defendant, ANDREW K. QUIAMBAO's wages in the amount of $75.00 per

24  pay period ($150.00 per month);

25  //

26  //

27  //

1  IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on
2 wages in the amount of $75.00 per pay period ($150.00 per month) of ANDREW K.
3 QUIAMBAO, Social Security Number XXX-XX-2101, until further notice.
4  Checks should be made payable to:
5  **CLERK, U.S. DISTRICT COURT FOR THE NMI**
6  and mailed to:
7  U.S. District Court for the Northern Mariana Islands
   2nd Floor, Horiguchi Building, Garapan
8  P.O. Box 500687
   Saipan, MP 96950
9
10 with a reference to court number **CR 04-00002** to ensure his account is properly credited.
11 DATED this 5TH day of June, 2007.

ALEX R. MUNSON
Chief Judge
District Court for the
 Northern Mariana Islands

- 2 -