| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
| --- | --- | --- |
| | | CR 04-00002-002 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| **ANDREW K. QUIAMBAO** c/o USPO Robert I. Carreon District of Guam U.S. Probation Office 2nd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | Northern Mariana Islands | |

| | NAME OF SENTENCING JUDGE |
| --- | --- |
| | **Honorable Alex R. Munson, Chief Judge** |

| DATES OF SUPERVISION | FROM | TO |
| --- | --- | --- |
| | December 29, 2006 | December 28, 2009 |

**OFFENSE**

**Conspiracy to Commit Arson, in violation of 18 U.S.C. § 844(n)**

FILED
Clerk
District Court

JUN - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ N/A _____ DISTRICT OF _____ the Northern Mariana Islands

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Guam** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6-5-07
_____
Date

*alex R. Munson*
_____
ALEX R. MUNSON
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ N/A _____ DISTRICT OF _____ **GUAM**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-5-07
_____
Effective Date

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00002-002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TRANSFER OF JURISDICTION** |
| vs. | ) | |
| | ) | |
| ANDREW K. QUIAMBAO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


Andrew K. Quiambao was sentenced in the U.S. District Court, District of the Northern Mariana Islands, on July 1, 2004 for Conspiracy to Commit Arson, in violation of 18 U.S.C. § 844(n). He was ordered to serve 37 months imprisonment and three years supervised release with conditions that he comply with the mandatory and standard conditions of supervised release; not possess a firearm or dangerous weapon; participate in a drug treatment and testing program approved by the U.S. Probation Office; perform 200 hours of community service; pay $567,396.54 restitution; and pay a $100 special assessment fee. Upon release from imprisonment on December 29, 2006, Mr. Quiambao was released to the District of Guam to serve his supervised release term.

Since the start of supervision on December 29, 2006, this Officer has worked closely with Mr. Quiambao to ensure compliance with all court-ordered conditions. He has made marginal progress to date, however, he has been less than cooperative with regard to payment of restitution. Specifically, Mr. Quiambao has refused to make monthly restitution payments of $200 per month, which is the amount this Officer has determined to be his ability pay. In addition, he has not submitted financial documents to this Officer as requested to support his claim of his inability to pay.


**Supervision Compliance:** Mr. Quiambao paid the $100 special assessment fee on January 22, 2005. While in custody, he paid $571.82 towards restitution. Since the start of supervision, Mr. Quiambao has paid $180 towards restitution. He has obtained employment as a courier and has agreed for his wages to be garnished at $150 per month. Garnishment should begin on June 2007. Mr. Quiambao has attended all drug treatment and testing appointments and has maintained adequate compliance. He has submitted all monthly supervision reports as required.

Transfer of Jurisdiction
Re:    QUIAMBAO, Andrew K.
USDC Cr. Cs. No. 04-00002-001
June 4, 2007
Page 2


**Recommendation:**  In order to promptly address the restitution issues presenting, this Officer respectfully requests the transfer of jurisdiction to the U.S. District Court of Guam.


Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:

ROBERT I. CARREON
U.S. Probation Officer


Reviewed by:


ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File