**QUIAMBAO_A.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00002 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ANDREW K. QUIAMBAO, ) | |
| Defendant, ) | |
| JAC ENTERPRISES LLC ) dba SOUTHERN SKIES CHURROS, ) | |
| Garnishee. ) | |

I hereby certify that on **June 5, 2007**, I electronically filed the following: **Stipulated Motion for Writ of Continuing Garnishment** with the Clerk of Court using the CM/ECF system. A copy of the following documents: **Stipulated Motion for Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on **June 5, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:   6/11/07           By:      /s/ Marivic P. David
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney
                                    marivic.david@usdoj.gov