**QUIAMBAO_A.ter**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00002 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| ANDREW K. QUIAMBAO, ) | |
| Defendant, ) | |
| JAC ENTERPRISES, LLC ) dba SOUTHERN SKIES CHURROS, ) | |
| Garnishee. ) | |

On or about June 5, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee.  On November 27, 2007, our office was informed by Defendant's probation officer that defendant changed jobs and garnishment with his new employer will be pursued after the holidays.  Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant ANDREW K. QUIAMBAO.

DATED this  29th  day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By:    /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
marivic.david@usdoj.gov