F I L E D
Clerk
District Court

DEC - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  QUIAMBAO_A.terord

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

7  Attorney's for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                     FOR THE NORTHERN MARIANA ISLANDS
10

11  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 04-00002
                                     )
12              Plaintiff,           )
                                     )          O R D E R
13       v.                          )
                                     )   Re: United States Motion to Terminate
14  ANDREW K. QUIAMBAO,              )   Writ of Continuing Garnishment
                                     )
15              Defendant,           )
    _____)
16                                   )
    JAC ENTERPRISES, LLC             )
17  dba SOUTHERN SKIES CHURROS,      )
                                     )
18              Garnishee.           )
    _____)

19

20       Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the

21  Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing

22  Garnishment is hereby terminated.

23       **SO ORDERED**, this _3RD_ day of _December_____, 2007.

24

25

26                                          _____
                                            ALEX R. MUNSON
27                                          Chief Judge
                                            District Court for the Northern
28                                          Mariana Islands