**QUIAMBAO_A.facg**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00002 |
| ) | |
| Plaintiff, ) | |
| ) | **FINAL ACCOUNTING UPON** |
| vs. ) | **TERMINATION OF GARNISHMENT** |
| ) | |
| ANDREW K. QUIAMBAO, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:   JAC Enterprises, LLC
      dba Southern Skies Churros
      Attn.: Payroll
      173 C. Quinata Street
      Talofofo, Guam 96915

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about June 5, 2007, $300.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

1  You are notified that you have ten (10) days from the receipt of this final accounting to
2  file a written objection to the accounting and request a hearing in accordance with Title 28,
3  U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the
4  written objection to the United States District Court for the Northern Mariana Islands, 2nd Floor,
5  Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States
6  Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam  96910.
7  DATED this 29th day of November, 2007.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI

By:  /s/ Marivic P. David  
MARIVIC P. DAVID  
Assistant U.S. Attorney  
marivic.david@usdoj.gov