**QUIAMBAO_A.svc2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                    Plaintiff,              )<br>                                                    )<br>                    vs.                       )<br>                                                    )<br>ANDREW K. QUIAMBAO,         )<br>                                                    )<br>                    Defendant,          )<br>_____)<br>                                                    )<br>JAC ENTERPRISES LLC          )<br>dba SOUTHERN SKIES CHURROS, )<br>                                                    )<br>                    Garnishee.          )<br>_____) | CRIMINAL CASE NO. 04-00002<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on **November 29, 2007**, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on December 3, 2007, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.  A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on **December 4, 2007**.

                                                                                        LEONARDO M. RAPADAS
                                                                                        United States Attorney
                                                                                        Districts of Guam and the NMI

DATED:    12/7/07                           By:     /s/ Marivic P. David
                                                                                        MARIVIC P. DAVID
                                                                                        Assistant U.S. Attorney
                                                                                        marivic.david@usdoj.gov